UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

Timothy West

           Plaintiff,

-against-

Kron Et AL
           Defendant(s).
----------------------------------------X

NOTICE OF MOTION Amend Complaint

18 CV 00753 (LDH)(SJB)

RECEIVED JUL 03 2019 PRO SE OFFICE

PLEASE TAKE NOTICE that upon the annexed affidavit or affirmation of Timothy West, sworn to or affirmed May 18th, 2019 and upon the complaint herein, plaintiff will move this Court, Lashann Dearcy Hall, U.S.D.J., in room ___, United States Courthouse, Brooklyn, New York 11201, on the 27 day of May 2019 at 9:30 or as soon thereafter as counsel can be heard, for an order pursuant to Rule 15 of the Federal Rules of Civil Procedure granting Motion to Amend Complaint and add ~~[struck out]~~ PS.C.H housing as a defendant

Dated: 5-18-19

Plaintiff Pro Se

Signature: Timothy West #18A3399

Print Name: Timothy West

Address: Great Meadow CF
Box 51 Comstock NY 12821

~~Phone #~~

Motion Form & Instructions - U.S. District Court-EDNY Rev. 1/2006

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
```

Timothy West
               Plaintiff

   -against-                                      Amended Civil
                                                      Rights Complaint
                                                      42 U.S.C. 18cv00753
Kron et al,                                                 (LDH) (SJB)
               Defendants,

---

1.   Parties in this complaint:

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff:    Name:  Timothy West
                 ID:    18-A-3399
                 Current Institution: Great Meadow Correctional Facility
                 Address: 11739 State Route 22, P.O. Box 51, Comstock, New York 12821-0051

B.   List all defendants names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No: 1    Name: P.S.C.H Housing
                       Where Currently Employed: Housing
                       Address: Same address as defendant Shantel Rankin

2.   Statement of Claim:

1.   Please take notice that upon the annexed affidavit or affirmation I Timothy West move to amend complaint and add PSCH housing as a defendant for unlawful misconduct. When on Feb 1, 2017 PSCH was contacted by detective John Russo regarding a pending investigation. The illegal search of my room was granted through P.S.C.H housing. P.S.C.H housing should be held liable under New York law in tort for property that was suppose to be kept safe and secure for which I was a paying teneant of $1,005.00 a month. Aslo breach of contract for the knowledge of P.S.C.H housing failure to act could lead to harm when no warrant was shown to enter my bedroom.

And property of 2 bracelets, 10 pairs of earrings, 3 chians with 2 medallions, and 3 tennis bracelts and 1 diamond ruby pinky ring which was taken and not part of the investigation and vouchered. P.S.C.H housing negligence and unlawful conduct for not supervising and granting detective John Russo access to my room violated my 4th Amendment right. When he didn't present to P.S.C.H a warrant on Feb 2, 2017 at 11:30a.m.

3. Relief:

State what you want the court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). Plaintiff requests that this Court awards the following relief:

1. Assume jurisdiction of this action;
2. Empanel a jury to hear all claims triable thereto;
3. Awards declaratory releif;
4. Awards equitable relief;
5. Awards nominal damages
6. Awards punitive damages in the amount of 3,500,000.00 dollars against all defendants in this complaint;
7. Awards pre-judgment interest;
8. Awards post-judgment interest;
9. Awards reasonable attorney fees and litigation expenses, in accordance with 42 U.S.C. 1988 and
10. Awards Plaintiff such other and further relief as this court deems just and proper.

I declare under the penalty of perjury that the foregoing is true and correct.

Respectfully,

Timothy West 18a3399

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------X

Timothy West

    Plaintiff,

-against-

    Defendant(s).
Kron Et AL
---------------------------------------X

AFFIDAVIT/AFFIRMATION

18 cv 00753 (LDH) (SJB)

STATE OF NEW YORK )
COUNTY OF      ) ss.:

I, Timothy West, [being duly sworn] deposes and says [or: make the following affirmation under the penalties of perjury]:

I, Timothy West, am the plaintiff in the above entitled action, and respectfully move this Court to issue an order To amend Complaint and Add ~~~~ and PSCH

The reason why I am entitled to the relief I seek is the following: I'm am prose and is trying to prevail on my claim and the partys envolved.

WHEREFORE, I respectfully request that the court grant the within motion, as well as such other and further relief that may be just and proper.

Sworn to before me this
day of 29th May 2019
Daniel R McClenning
Notary Public

Signature: Timothy West

Timothy West #18A3399
Print Your name
Plaintiff Pro Se

DANIEL R. McCLENNING
Notary Public, State of New York
Washington County #01MC6384442
Commission Expires Dec. 10, 20__

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------- X
         Timothy West
              Plaintiff,
                                          Affirmation of Service
    -against-
                                          18 cv 00753 (LDH)(SJB)

              Defendants.
Kron Et AL
---------------------------------- X

I, Timothy West, declare under penalty of perjury that I have served a copy of the attached Notice of Motion and Affirmation/Affidavit in support upon One Police Plaza / Deputy Commissioner / Corporation Counsel whose address is: One Police Plaza / 100 Church Street N.Y. NY 10038 / 10007.

Dated: 5-18-19
              , New York

_____
Signature: Timothy West

Address: Great Meadow CF

City, State & Zip Code: P.O. Box 51

Telephone: Comstock N.Y. 12821

## Queens County District Attorney
## Intake Bureau Crime Report
### Police Officer

| Name | RUSSO, JOHN |
|---|---|
| Rank | DETECTIVE |
| Tax Reg/Soc Sec # | 880293000 |
| Command | QNS DET AREA 101 |
| Force | NYPD |
| Role | ARRESTING OFFICER |
| Interviewed? | YES |
| Interviewed by ADA | GRAZIANO, MICHAEL |
| Cell Phone | |

| Injury | Treatment Type | Dt Treated | Place Treated |
|---|---|---|---|
| NONE | | | |

Page 10 of 13

## Queens County District Attorney
## Intake Bureau Crime Report
### Civilian Witnesses

| Name | SCHWARTZ, SHIRA |
|---|---|
| Is Business? | NO |
| Role | COMPLAINANT: NON-EYE WITNESS |
| Interviewed? | YES |
| Interviewed by ADA | GRAZIANO, MICHAEL |
| Corrob Signed? | |
| Reason not Signed | |
| DOB/Age | ▮▮▮▮ |
| Gender | F |
| Race/Ethnicity | WHITE |
| Beeper/Cell Phone | ▮▮▮▮ |
| E-mail | N/A ▮▮▮▮ |
| Wish to Proceed to Fam Ct | NO |
| Parties Know Each Other? | NO |
| Relationship to Def | STRANGER |
| Threats Made | NO THREATS |
| Interpreter | NONE NEEDED |
| Language Line Operator # | |
| Reason for No Alt Contact | ADA/PARA DID NOT ASK |
| Did DV victim speak to someone other than an officer within one hour before or after the incident? | |
| Name, Phone Number, and Relationship to DV Victim | |
| Wish TOP? | YES |
| TOP Type\Defendant | FULL NON-FAMILY AGAINST WEST, TIMOTHY |

### Addresses

| Type | Primary? | Street Address | City State Zip | Phone | Business Name |
|---|---|---|---|---|---|
| HOME | | ▮▮▮▮ | | | |

| Injury | Treatment Type | Dt Treated | Place Treated |
|---|---|---|---|
| NONE | | | |

Page 8 of 13

## Queens County District Attorney
# Intake Bureau Crime Report
### Civilian Witnesses

| Name | PRICE, ESTHER |
|---|---|
| Is Business? | NO |
| Role | COMPLAINANT: NON-EYE WITNESS |
| Interviewed? | YES |
| Interviewed by ADA | GRAZIANO, MICHAEL |
| Corrob Signed? | |
| Reason not Signed | |
| DOB/Age | |
| Gender | F |
| Race/Ethnicity | WHITE |
| Beeper/Cell Phone | |
| E-mail | N/A |
| Wish to Proceed to Fam Ct | NO |
| Parties Know Each Other? | NO |
| Relationship to Def | STRANGER |
| Threats Made | NO THREATS |
| Interpreter | NONE NEEDED |
| Language Line Operator # | |
| Reason for No Alt Contact | ADA/PARA DID NOT ASK |
| Did DV victim speak to someone other than an officer within one hour before or after the incident? | |
| Name, Phone Number, and Relationship to DV Victim | |
| Wish TOP? | YES |
| TOP Type\Defendant | FULL NON-FAMILY AGAINST WEST, TIMOTHY |

### Addresses

| Type | Primary? | Street Address | City State Zip | Phone | Business Name |
|---|---|---|---|---|---|
| HOME | | | | | |

| Injury | Treatment Type | Dt Treated | Place Treated |
|---|---|---|---|
| NONE | | | |

Page 7 of 13

## Queens County District Attorney
## Intake Bureau Crime Report
### Civilian Witnesses

| Field | Value |
| --- | --- |
| Name | WEISS, SHAINDY |
| Is Business? | NO |
| Role | COMPLAINANT: NON-EYE WITNESS  X |
| Interviewed? | YES |
| Interviewed by ADA | GRAZIANO, MICHAEL |
| Corrob Signed? | |
| Reason not Signed | |
| DOB/Age | [redacted] |
| Gender | F |
| Race/Ethnicity | WHITE |
| Beeper/Cell Phone | [redacted] |
| E-mail | [redacted] |
| Wish to Proceed to Fam Ct | NO |
| Parties Know Each Other? | NO |
| Relationship to Def | STRANGER |
| Threats Made | NO THREATS |
| Interpreter | NONE NEEDED |
| Language Line Operator # | |
| Reason for No Alt Contact | ADA/PARA DID NOT ASK |
| Did DV victim speak to someone other than an officer within one hour before or after the incident? | |
| Name, Phone Number, and Relationship to DV Victim | |
| Wish TOP? | YES |
| TOP Type\Defendant | FULL NON-FAMILY AGAINST WEST, TIMOTHY |

**Addresses**

| Type | Primary? | Street Address | City State Zip | Phone | Business Name |
| --- | --- | --- | --- | --- | --- |
| HOME | | [redacted] | | | |

| Injury | Treatment Type | Dt Treated | Place Treated |
| --- | --- | --- | --- |
| NONE | | | |

Page 6 of 13